THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ALVIN DANIELS, Respondent-Appellant.

(No. 58323;

First District (3rd Division)—September 20, 1973.

PER CURIAM.

SCHWARTZ, J., took no part.

Richard D. Thomas, Illinois Defender Project, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.